UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

IN RE MICROSOFT CORP.
ANTITRUST LITIGATION

This Document Relates To:

*Campbell* v. *Microsoft Corp.* (No. 1:00-1267)
*Colebank* v. *Microsoft Corp.* (No. 1:00-1610)
*Gianni* v. *Microsoft Corp.* (No. 1:00-2147)
*Haynes* v. *Microsoft Corp.* (No. 1:00-2149)
*Jaffe* v. *Microsoft Corp.* (No. 1:00-1603)
*Kloth* v. *Microsoft Corp.* (No. 1:00-2117)
*Manson* v. *Microsoft Corp.* (No. 1:00-2302)
*McCall* v. *Microsoft Corp.* (No. 8:99-3897)
*McWhinney* v. *Microsoft Corp.* (No. 1:00-1606)
*Mims* v. *Microsoft Corp.* (No. 1:00-1243)
*Nielsen* v. *Microsoft Corp.* (1:00-1262)
*Penix* v. *Microsoft Corp.* (No. 1:00-2148)
*South Dakota Ass'n of Plumbing, Heating, and
   Cooling Contractors* v. *Microsoft Corp.*
   (No. 1:00-1607)
*Sujan* v. *Microsoft Corp.* (No. 1:02-3397)
*Supernovich* v. *Microsoft Corp.* (No. 1:00-3471)
*Weinke* v. *Microsoft Corp.* (No. 1:00-1273)

MDL Docket No. 1332
Hon. J. Frederick Motz

## ~~PROPOSED~~ JUDGMENT

These actions came on for hearing before the Court, Honorable J. Frederick Motz, District Judge, presiding, and the issues having been duly heard and a decision having been duly rendered,

It is ADJUDGED that plaintiffs in the actions set forth below take nothing and that the actions be dismissed with prejudice.

*Campbell* v. *Microsoft Corp.* (No. 1:00-1267)
*Colebank* v. *Microsoft Corp.* (No. 1:00-1610)
*Gianni* v. *Microsoft Corp.* (No. 1:00-2147)

*Haynes* v. *Microsoft Corp.* (No. 1:00-2149)
*Jaffe* v. *Microsoft Corp.* (No. 1:00-1603)
*Kloth* v. *Microsoft Corp.* (No. 1:00-2117)
*Manson* v. *Microsoft Corp.* (No. 1:00-2302)
*McCall* v. *Microsoft Corp.* (No. 8:99-3897)
*McWhinney* v. *Microsoft Corp.* (No. 1:00-1606)
*Mims* v. *Microsoft Corp.* (No. 1:00-1243)
*Nielsen* v. *Microsoft Corp.* (1:00-1262)
*Penix* v. *Microsoft Corp.* (No. 1:00-2148)
*South Dakota Ass'n of Plumbing, Heating, and Cooling Contractors* v. *Microsoft Corp.* (No. 1:00-1607)
*Sujan* v. *Microsoft Corp.* (No. 1:02-3397)
*Supernovich* v. *Microsoft Corp.* (No. 1:00-3471)
*Weinke* v. *Microsoft Corp.* (No. 1:00-1273)

Dated: _____

_____
Clerk of Court

Submitted by:

_____
David B. Tulchin
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Michael F. Brockmeyer
Jeffrey D. Herschman
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000

*Attorneys for Microsoft Corporation*

Reviewed as to form:

_____
Stanley M. Chesley
Robert Heuck II
WAITE, SCHNEINDER, BAYLESS & CHESLEY
1513 Central Trust Tower
Fourth and Vine Streets
Cincinnati, Ohio 45202
(513) 621-0267

Michael D. Hausfeld
COHEN, MILSTEIN, HAUSFELD and TOLL PLLC
1100 New York Avenune, N.W.
Washington, D.C. 20005
(202) 408-4600

*Plaintiffs' Lead Counsel Committee Co-Chairs*